## McCONKEY v. SORRELL *et al.*

No. 1375.   Opinion Filed December 12, 1911.

(120. Pac. 256.)

**APPEAL AND ERROR**—Dismissal—Failure to File Briefs.   Where plaintiff in error fails to comply with the rules of this court, requiring him to serve a brief on counsel for defendant in error within forty days after filing his petition in error, and at the same time to file fifteen copies of his brief with the clerk of the court, his case, on being reached for submission, will be dismissed.   Following **Davis v. Elliott**, 25 Okla. 433, 106 Pac. 838.

(Syllabus by Ames, C.)

*Error from District Court, Ottawa County; T. L. Brown, Judge.*

Action by Ed M. McConkey against Robert Sorrell, in which John T. Hukill interpleaded.   From a judgment of dismissal, plaintiff brings error.   Dismissed.

*Edward E. Sapp* and *John S. Hale,* for plaintiff in error.

*Verne E. Thompson* and *W. Y. Quigley,* for defendant in error.

*W. H. Kornegay,* for interpleader.

Opinion by SHARP, C.   This is an appeal from the judgment of the district court of Ottawa county.   Rule 7 of this court (20 Okla. viii, 95 Pac. vi) requires plaintiff in error in a civil

cause to serve a brief on counsel for defendant in error within forty days after the petition in error has been filed, and at the same time to file fifteen copies of his brief with the clerk of the court. The petition in error in this case was filed January 31, 1910. Plaintiff in error has made no effort to comply with the foregoing rule, neither has he asked for any extension of time. By reason of his failure to file briefs in support of his petition in error, he will be held to have abandoned his appeal and waived his right to have the same heard in this court. *Davis v. Elliott,* 25 Okla. 433, 106 Pac. 838.

The appeal should be dismissed.

By the Court: It is so ordered.

All the Justices concur.